# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS J. WOODS,<br><br>    Defendant. | No. 09-CR-1012-LRR<br><br>**ORDER** |

_____

The matter before the court is Defendant Thomas J. Woods's Motion to Suppress ("Motion") (docket no. 13). United States Magistrate Judge Jon S. Scoles issued a report and recommendation ("Report and Recommendation") (docket no. 23) on the Motion which recommended that the undersigned deny in part and grant in part the Motion.

On June 18, 2009, a grand jury returned a two-count Indictment (docket no. 2-2) against Defendant. Count 1 charged Defendant with Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2)(A) and (b)(1). Count 2 charged Defendant with Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). On July 22, 2009, Defendant filed the Motion. On July 30, 2009, Judge Scoles held a hearing on the Motion (docket no. 21). Attorney Alfred E. Willett represented Defendant, who was personally present. Assistant United States Attorney Ian Thornhill represented the government. On August 4, 2009, Judge Scoles issued the Report and Recommendation. The Report and Recommendation stated that "within ten (10) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections with the District Court." Report and Recommendation at 12-13. On August 10, 2009, Defendant filed a notice of his intent to enter a conditional guilty plea (docket no. 27), reserving the right to appeal the ruling on the Motion. On that date, Judge Scoles held a hearing (docket no. 28) and entered a second Report and

Recommendation (docket no. 29) recommending that the undersigned accept Defendant's conditional guilty plea.

The time to object to the Report and Recommendation has expired. Neither party has filed any objection to the Report and Recommendation. Defendant has thus waived his right to de novo review of the Report and Recommendation. *See, e.g., United States v. Rodriguez*, 484 F.3d 1006, 1010-11 (8th Cir. 2007) ("[Defendant's] 'failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact therein.'" (quoting *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001)). The court finds no plain error in Judge Scoles's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 23).

**IT IS SO ORDERED**.

**DATED** this 25th day of August, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA